CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Trey Daniel Jones**<br>DOB: 1999; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-01607MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about March 14, 2026, in the District of Arizona, **Trey Daniel Jones**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Raul Eloisa-Sanchez and Baldomero Sebastian Hernandez-Ramirez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On March 14, 2026, in the District of Arizona, (Why), Border Patrol Agents (BPAs) were patrolling on State Route (SR) 85. The previous day, BPAs tracked and apprehended a group of illegal aliens (IAs) moving towards SR85 from the Sonoyta Mountains near Lukeville, Arizona. It was believed that several subjects absconded from where they were encountered. It is common for these subjects to attempt to move to a mile marker (MM) off SR85 to be picked up by smugglers the following day. At approximately 1:00 p.m., BPAs observed a silver Chevrolet Malibu bearing Arizona license plates traveling south. As the vehicle passed them, BPAs noticed there appeared to only be a driver and no other occupants. At approximately 1:30 p.m., BPAs observed the same vehicle traveling north. The distance from MM58 to the Lukeville Port of Entry (POE) is about 22 miles, and typically a vehicle can make this trip in about twenty minutes.   BPAs believed the driver most likely did not travel all the way to POE. BPAs believed that the driver drove to load up locations near MM77 and MM73, commonly used by groups that walk to the highway from the Sonoyta Mountains.   BPAs did not notice any additional subjects in the vehicle. It is common for Human Smugglers to instruct their passengers to duck down and hide as they pass by locations where they believe law enforcement is present. It is also common for Human Smugglers to drive by themselves to a load-up destination to make room for additional passengers as they return northbound. BPAs caught up to and followed the vehicle. BPAs ran record checks on the vehicle's license plate, which revealed it was registered to Flexdrive Services LLC out of Phoenix, Arizona, with no crossing history through the Lukeville POE.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Raul Eloisa-Sanchez and Baldomero Sebastian Hernandez-Ramirez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 16, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**                                                                 26-01607MJ

The only amenity at the Lukeville POE, is a gas station. There is also a visitor center for the Organ Pipe Cactus National Monument, however with the quick turnaround of thirty minutes, it was unlikely the occupant visited the center or travelled to the scenic locations throughout the Organ Pipe Cactus National Monument. The vehicle was registered to Flexdrive LLC, which BPAs believed to be a rental company. Human Smugglers will often utilize rentals to not put their personally owned vehicles at risk. BPAs initiated a vehicle stop to conduct an immigration inspection on the occupants. As BPAs approached the vehicle on the passenger side, they observed three subjects sitting in the back seat, all dressed in camouflage. BPAs instructed the driver, later identified as **Trey Daniel Jones**, to turn off the vehicle, and exit. BPAs asked him how he knew the passengers, and he responded that he had gone to the casino, pointing towards Why, and on his way back, he saw people on the side of the road and decided to give them a ride. The Desert Diamond Why Casino is located at MM55 on SR86, approximately 26 miles north of the International Boundary Fence. The SR85 and SR86 intersection is located in Why, Arizona. To travel to Phoenix, one would typically head north on SR85 or east on SR86.

BPAs conducted an immigration inspection on the three passengers, and they all admitted to being citizens and nationals of Mexico. Record checks revealed, two of the passengers, Raul Eloisa-Sanchez and Baldomero Sebastian Hernandez-Ramirez and the other four occupants, including Victorino Mancinas-Rueda, do not possess the proper documentation to enter, pass through, or remain in the United States legally. Eloisa was previously deported from the United States through Nogales, Arizona on September 15, 2024. All five occupants were taken into custody. At approximately 1:50 p.m., Eloisa informed me that there was a child in the trunk of the vehicle. BPAs opened the trunk, and found a juvenile covered in sweat.   After searching **Jones**, BPAs asked him about his property, and he informed them that there was a firearm in the vehicle's passenger door. BPAs subsequently located a loaded Smith and Wesson SD9VE with a round in the chamber in the driver's side door.

Material Witness Baldomero Sebastian Hernandez-Ramirez stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He had already paid 15,000 Mexican pesos and was going to pay an additional 190,000 pesos once he reached California. On March 12, 2026, at approximately 2:00 p.m., he had crossed the IBF through Sonoyta, Mexico with a group of three IAs and a foot guide. During this trip, the foot guide used his cellphone to maintain contact with scouts on the Mexican side and a driver who would come to pick them up. They arrived on March 14, 2026, at around 10:00 a.m., at the place where they would be picked up by a gray sedan. After waiting a couple of hours in that place, the foot guide received a call in which the scouts in Mexico informed him that the gray car was about to arrive to pick them up. A gray 4-door sedan arrived to pick them up. The other IAs got into the rear seat of the vehicle, and the foot guide ran back to Mexico. He described the driver as a black man. The driver began speaking to them in English while moving his hands, trying to give them instructions that they could not understand because no one in the group spoke English. The driver got out of the car and tried to force Raul Eloisa-Sanchez into the trunk, but he refused. The driver then forced the juvenile into the trunk. Approximately 20 minutes later, they were apprehended by BPAs.

Material Witness Raul Eloisa-Sanchez stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He had already paid $1,000 USD and was going to pay an additional 10,000 Mexican pesos once he reached California.   On March 12, 2026, at approximately 4:00 p.m., he had crossed the IBF through Sonoyta, Mexico with a group of five IAs and a foot guide. The group was instructed to walk for approximately one hour before being picked up by an unknown vehicle. The group walked for approximately two days in the desert in the United States before they reached the pickup location. The driver was described as having a dark complexion that only spoke English. Prior to the vehicle arriving, the guide instructed the group that only four people would be able to fit inside the vehicle. When the gray car arrived, the other three people got inside the vehicle. The driver opened the trunk, and he was told to get in, but he refused because he was too big. One of the young men got out of the vehicle and got into the trunk so he could fit in the back seat. The driver then closed the trunk and got inside his vehicle to drive away from the area. He believed the driver knew the group had entered the United States illegally because they were all wearing camouflage clothing. The driver turned around and headed further into the U.S. with their destination a location in Phoenix. They were driving approximately 30 minutes before they were stopped by BPAs.